UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CHRISTINA M. BUDREVICH, Defendant. | CAUSE NO. 1:20-CR-59 DRL-SLC |

OPINION AND ORDER

On September 15, 2021, Christina Budrevich pleaded guilty with a plea agreement before the magistrate judge to count three of a three-count indictment, charging her with maintaining a drug involved premises. *See* 21 U.S.C. § 856(a)(2). The magistrate judge recommended the court accept Ms. Budrevich's guilty plea. Neither party objected to the magistrate judge's recommendation, and the time to object has passed. The court now adopts the findings and recommendation in their entirety, including the magistrate judge's finding under the CARES Act. Subject to this court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(c), the plea of guilty to count three as charged in the indictment is hereby accepted, and the defendant is adjudged guilty of this offense.

Per the magistrate judge's order, sentencing is scheduled for **December 21, 2021, at 9:30 a.m. in Fort Wayne**. Sentencing memoranda must be filed by **December 10, 2021**.

SO ORDERED.

October 7, 2021

*s/ Damon R. Leichty*
Judge, United States District Court